# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITEDHEALTHCARE OF WISCONSIN, INC.,<br>*Plaintiff*,<br><br>vs.<br><br>VITUITY-WISCONSIN ANESTHESIA S.C.,<br><br>*Defendant*. | Case No. 2:26-cv-00456-JPS<br><br>Hon. Judge J.P. Stadtmueller |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff UnitedHealthcare of Wisconsin, Inc., by and through undersigned counsel, hereby dismisses this action against Defendant Vituity-Wisconsin Anesthesia S.C. without prejudice. Under Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or motion for summary judgment. Defendant has not yet answered the Complaint or moved for summary judgment. Accordingly, Plaintiff voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: May 1, 2026  Respectfully submitted:

*s/* William J. Trach

Charles Sanders
WIED Attorney Bar Number: 646740
David C. Tolley
WIED Attorney Bar Number: 676222
William J. Trach
WIED Attorney Bar Number: 661401
U. Gwyn Williams
WIED Attorney Bar Number: 565181
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Email:  charles.sanders@lw.com
        david.tolley@lw.com
        william.trach@lw.com
        gwyn.williams@lw.com

*Attorneys for Plaintiff UnitedHealthcare of Wisconsin, Inc.*

2